Brandi MELLOTT                                    *          UNITED STATES
13738 Pennsylvania Avenue
Hagerstown, MD 21742
                                                             DISTRICT COURT

on behalf of herself and all
persons similarly situated                        *          FOR THE DISTRICT

      Plaintiff

        v.                                                   OF MARYLAND

Sateesh K. Singh, aka Satish Singh                *
8935 River Island Drive
Savage, MD 20763

and

Rockville Mobile Homes, Inc.                      *
a Maryland corporation
SERVE ON:
Sateesh K Singh, Resident Agent
8935 River Island Drive
Savage, MD 20763
                                                  *
and


Idlewood Park, Inc.
a Maryland corporation                            *
SERVE ON:
Sateesh K Singh, Resident Agent
8935 River Island Drive
Savage, MD 20763
                                                  *

and

KCS Elkridge LLC,
a Maryland limited liability corporation          *
SERVE ON:
Jerome I. Feldman, Esquire, Resident Agent
900 Bestgate Road
Annapolis, MD 21401
                                                  *

and

Kamakoti Investors Limited Partnership
a Maryland limited partnership
SERVE ON                                              *
Sateesh Kumbar Singh, Resident Agent
8935 River Island Road
Box 312
Savage, MD 20763                                      *

and

Middlebrook Mobile Home Park, Inc.
a Maryland corporation                                *
SERVE ON:
Sateesh K Singh, Resident Agent
8939 River Island Road, Apt. 202
Savage, MD 20763
                                                      *

and

Shri Limited Partnership
a Maryland limited partnership
SERVE ON:                                             *
Sateesh K. Singh, Resident Agent
P.O. Box 312
8935 River Island Drive, Apt. 203
Savage, MD 20763
                                                      *

and

KCS Landon Court, LLC
a Maryland limited liability company
SERVE ON                                              *
Jerome I. Feldman, Esquire, Resident Agent
900 Bestgate Road, Suite 200
Annapolis, MD 21401

and                                                   *

Concord Mobile Home Park Limited
      Partnership
a Maryland limited partnership
SERVE ON:                                             *
Sateesh Kumar Singh, Resident Agent
P.O.Box 312
8935 River Island Drive, Apt. 302
Savage, MD 20763

Defendants                          CASE:_____

---

# **COMPLAINT**

## **PRELIMINARY STATEMENT**

1. Plaintiff Brandi Mellott, (hereinafter "Ms. Mellott"), through counsel T. Bruce Godfrey of the Law Office of Bruce Godfrey, Bar Number #24596, brings this action on behalf of herself and a class of other similarly situated current and former employees employed by Defendant members of the Singh Real Estate Defendant Group (defined hereunder) for willful violations of the United States Fair Labor Standards Act of 1938 (29 USC §201 et seq.) and the Maryland Wage Payment and Collection Act (Md. Ann. Code, LE § 3-507.2). Plaintiff, on behalf of herself and those similarly situated, seeks declaratory relief, permanent injunctive relief and monetary damages as permitted by applicable United States and Maryland law.

## **JURISDICTION AND VENUE**

2. This Honorable Court has jurisdiction over Ms. Mellott's federal claims and those of persons similarly situated pursuant to 29 U.S.C. §216, 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. This Honorable Court has jurisdiction over Plaintiff's state law claims and those of persons similarly situated pursuant to the pendent federal jurisdiction of this Honorable Court codified at 28 U.S.C. §1367.

4. Venue lies properly before this Honorable Court pursuant to 28 U.S.C. §1391 (b)(ii) because

    a.   Each Defendant transacts business in this District;

    b.   Plaintiff Brandi Mellott and, upon information and belief, all or substantially all Plaintiff class members, were employed by Defendants within this District; and

    c.   Most or all of the actions giving rise to the claims in this Complaint occurred within this District.

## PARTIES

5. Ms. Brandi MELLOTT ("Ms. Mellott") is an adult resident of Washington County, Maryland. Ms. Mellott is a United States citizen, is authorized to engage in employment lawfully in the United States of America and specifically in Maryland and was employed during times relevant by Northaven Mobile Home Park, which appears to be a trade name for two members of the Singh Real Estate Defendant Group.

6. Collective Action Plaintiffs include all persons similarly situated to Ms. Mellott employed currently or previously as

a. non-exempt employees at any mobile home park, apartment complex or other employing unit in Maryland within the Singh Real Estate Defendant Group; and

b. who received less than the mandatory minimum wage for any work under the Fair Labor Standards Act or

c. who received less than one and one half times their regular compensation for all or any hours worked per week after the fortieth hour per week overtime as mandated by the Fair Labor Standards Act.

7. All Plaintiffs including Ms. Mellott and the Collective Action Plaintiffs were each an "employee" as designated by 29 U.S.C. §203(e).

8. Defendant Sateesh Singh, aka Satish Singh ("Mr. Singh"), is a natural person who upon information and belief resides within this District at 8935 River Island Drive #202, Savage, MD 20763 or at another unit on that same road in that same ZIP code ("Singh Residence.")

9. Eight business entity Defendants ("Entity Defendants") that own or manage rental property in multiple Maryland subdivisions share a common nexus with Mr. Singh through identical resident agents, identical or near-identical mailing addresses at the Singh Residence or a PO Box in Savage. Maryland, or substantially common ownership, management and accounting profiles and practices; those entities are:

a. Rockville Mobile Homes, Inc., a Maryland corporation ("S-Rockville");

b. Idlewood Park, Inc., a Maryland corporation ("S-Idlewood").

c. KCS Elkridge LLC, a Maryland limited liability corporation ("S-Elkridge")

d. Kamakoti Investors Limited Partnership, a Maryland limited partnership ("S-Kamakoti");

e. Shri Limited Partnership, a Maryland limited partnership ("S-Shri");

f. Middlebrook Mobile Home Park, Inc., a Maryland corporation ("S-Middlebrook");

g. Concord Mobile Home Park Limited Partnership, a Maryland limited partnership ("S-Concord"); and

h. KCS Landon Court Park LLC, a Maryland limited partnership ("S-Landon").

10. Mr. Singh and the Entity Defendants together comprise the "Singh Real Estate Defendant Group." To the extent that evidence during the course of the litigation identifies additional similarly situated, structured and managed entities under common ownership or management, Plaintiffs reserve the right to name additional such defendants in this case as part of a collective action under the Fair Labor Standards Act.

## **FACTS**

11. The foregoing paragraphs are incorporated by reference as though fully set forth herein.

12. Plaintiff Brandi Mellott has been employed by Northaven Mobile Home Park since November 2009 up to the date of the filing of this Complaint.

13. Although Northaven Mobile Home Park is a trade name of Defendant S-Rockville Ms. Mellott has received substantially all of the wages paid to her for work done at Northaven on checks issued by Defendant S-Idlewood; accordingly Plaintiff believes and thereupon avers that each of S-Rockville and S-Idlewood has been her "employer" at times relevant.

14. S-Rockville and S-Idlewood paid to Ms. Mellott the sum of $8,000.00 per year for 40 hours of work as a property manager for property located at 13740 Pennsylvania Avenue, Hagerstown, MD 21742 between March 23, 2009 and August 9, 2009. On that latter date, her employer increased her full-time pay to $9.000.00 per year, at which rate it remained until November 14, 2010, at which date her employer increased her pay to $10,000.00 per year for full-time employment. That rate continued until September 30, 2012, at which time Ms. Mellott's employer added 25 cents per hour to her pay, and then on December 9, 2012, began to pay her $8.00/hour hourly.

15. Ms. Mellott would from time to time work more than 40 hours in a week, and in rare instances would receive from her employers commissions payments of varying sizes for successful completions of mobile home transactions for her employers.

16. Until September 2009, Ms. Mellott's employer provided her an optional benefit of free lot rent; that lot rent is not at issue in this case. In September 2009, Ms. Mellott's

employer mandated that she move into a specific employer-owned residential unit as a mandatory working condition of her employment.

17. Ms. Mellott's regular hourly pay was until November 2012 less $5.00 per hour, a sum below the mandatory minimum wage under the Maryland Wage and Hour Law and the U.S. Fair Labor Standards Act of seven dollars and twenty-five cents per hour worked ("$7.25.")

18. On those occasions when Ms. Mellott would work overtime, S-Idlewood or S-Rockville agents would routinely fail or refuse to pay Mr. Mellott the overtime pay of one and one-half times her regular lawful hourly wage or a minimum wage of $10.875 per hour per the requirements of the Maryland Wage and Hour Law and the U.S. Fair Labor Standards Act.

19. In their failures or refusals to pay legally required overtime wages as noted in the prior paragraph, S-Rockville and S-Idlewood would employ one of two illegal schemes, either:

    a.  mandating that Ms. Mellott enter her time into an unlawful "comp time" account in lieu of the payment of required overtime, or

    b.  prohibiting Ms. Mellott from making any accurate recordation of her overtime hours.

20. Ms. Mellott's work duties and work time did not fall under any applicable exemption from the requirements of the Maryland Wage and Hour Act or the U.S. Fair Labor Standards Act regarding either overtime or the minimum regular hourly wage.

21. The failures and refusals of S-Rockville and S-Idlewood to pay Ms. Mellott as required by Maryland and U.S. law have been willful by deliberate scheme and without good faith excuse.

22. A precise calculation of Ms. Mellott's lawful damages from unpaid overtime and unpaid minimum wages is not fully possible without a comprehensive review of the payroll and time records maintained by S-Idlewood, S-Rockville and possibly other defendants, but the damages to Ms. Mellott for three years' unpaid minimum wages and unpaid overtime wages may, with double damages and prejudgment interest under the Fair Labor Standards Act, reach as high as $35,000.00 exclusive of attorney's fees and costs and possibly more.

23. The Maryland Wage Payment and Collection Act, Md. Code Ann. LE §§ 3-507 to 3-507.2, allows for a treble damages remedy to a worker whose wages remain unpaid to her for longer than 14 days beyond their wage payment due date; accordingly treble damages for unpaid wages to Ms. Mellott under that act may reach the sum of $52,500.00.

24. Ms. Mellott has raised objections to the obdurant failure of S-Rockville and S-Idlewood to pay her her lawfully earned wages in full, and has received direct threats of termination

of her employment from an agent of S-Rockville and S-Idlewood in response to her

insistence that her employer comply with applicable law.

25. Upon information and belief, the practices of unlawful "comp time" schemes, the outright

refusal to record and pay overtime and the refusal to pay minimum wage for the purpose

of evasion of applicable Fair Labor Standards Act provisions for non-exempt workers

represent policies and practices not unique to Ms. Mellott's employment, but in fact

represent the payroll and policies enforced across many and possibly all of the Singh Real

Estate Defendant Group's members.

26. Defendant Sateesh Singh is, upon information and belief, the owner of major shares or

the sole owner of most or all of the Entity Defendants, and upon information and belief

has the power as an owner to hire and fire any employee of any Entity Defendant

including Ms. Mellott, any supervisor or manager of Ms. Mellott and any manager,

supervisor or scheduler of any of the Entity Defendants.

27. Upon information and belief, a collective of similarly non-exempt employees of one or

more of the Entity Defendants aggrieved by violations of the U.S. Fair Labor Standards

Act by one or more Entity Defendants exists, and this Honorable Court has the

jurisdiction to certify a collective action on behalf of that collective pursuant to the

collection action provisions of the U.S. Fair Labor Standards Act.

**COUNT I**
**VIOLATION OF FEDERAL FAIR LABOR STANDARDS ACT**

## **WAGES EARNED BUT NOT PAID**

### *Plaintiff Brandi Mellott*
### *Defendants Rockville Mobile Homes, Inc. and Idlewood Park, Inc.*

28. Plaintiff incorporates by reference all preceding paragraphs of this Complaint.

29. Defendants S-Rockville and S-Idlewood have employed Plaintiff Brandi Mellott from March 23, 2009 to the present in non-exempt duties as defined under the Fair Labor Standards Act.

30. Defendants S-Rockville and S-Idlewood paid to Ms. Mellott the regular weekly wage of $200.00/week for 40-hour work weeks, with occasional overtime beyond 40 hours per week.

31. Defendants S-Rockville and S-Idlewood paid to Ms. Mellott only occasional commission payments in excess of the foregoing sums.

32. Defendants S-Rockville and S-Idlewood refused to pay overtime wages to Ms. Mellott as earned through schemes of unlawful "comp time" accounts or outright refusal to accept and process overtime hours.

33. Defendant's S-Rockville and S-Idlewood refused to pay to Ms. Mellott the lawful minimum wage of $7.25 per hour worked.

34. As a result of Defendants S-Rockville's and S-Idlewood's refusals to pay overtime and

    pay the lawful minumum wage, Ms. Mellott stands before this Honorable Court damages.


WHEREFORE Plaintiff Brandi Mellott requests a money judgment against Defendants S-Rockville and S-Idlewood for all unpaid overtime wages and unpaid minimum wages within the three-year statute of limitations for willful non-payments, additional liquidated damages in the same amount under the Fair Labor Standards Act's provisiobn, pre-judgment interest at 6% per annum and attorney's fees in accordance with the fee-shifting provisions of the Fair Labor Standards Act.


## COUNT II
## VIOLATION OF FEDERAL FAIR LABOR STANDARDS ACT
## RETALIATION IN VIOLATION OF FLSA

*Plaintiff Brandi Mellott*
*Defendants Rockville Mobile Homes, Inc., Idlewood Park, Inc. and Satish Singh*


35. The foregoing paragraphs are incorporated by reference as though fully set forth herein.


36. Ms. Mellott raised objections to Defendants S-Idlewood and S-Rockville's unlawful

    refusals to pay to Ms. Mellott the applicable minimum wage and overtime wages under

    the Fair Labor Standards Acts.


37. In response to Ms. Mellott's objections to the aforementioned unlawful practices, an

    agent of S-Rockville, S-Idlewood and of Satish Singh directly threatened the continued

employment of Ms Mellott in her current position in willful violation of the anti-retaliation provisions of 29 U.S.C. § 215(a)(3).

38. As a result of the aforementioned threats, Ms. Mellott suffered fear, apprehension, and intimidation in brazen defiance of the anti-retaliation provisions of the the Fair Labor Standards Act.

39. The conduct of the aforementioned Defendants through their agent was willful, malicious and contemptuous of laws of the Congress of the United States.

40. Defendant respectfully requests compensatory and punitive damages against Defendants Satish Singh, Rockville Mobile Home Park, Inc, and Idlewood Park, Inc.

## COUNT III
## VIOLATION OF FEDERAL FAIR LABOR STANDARDS ACT

*Plaintiffs Brandi Mellott and Class Plaintiffs*
*All Defendants*

41. The foregoing paragraphs are incorporated by reference as though fully set forth herein.

42. Upon information and belief, Class Plaintiffs performed non-exempt work for one or more of the Entity Defendants within the limitations period but Defendants did not

compensate those Class Plaintiffs for all compensable hours worked at applicable overtime rates and/or the applicable minimum wage rates or greater.

43. Defendants' refusal to pay full compensation for all hours worked was part of a willful plan, scheme or arrangement by one or more Defendants not to pay minimum wages or mandatory overtime wages as required by the Fair Labor Standards Act and applicable regulations, but rather constituted an arbitrary and illegal scheme to deprive Class Plaintiffs' of their rights to lawful wages for hours worked in a manner contrary to law.

44. Defendants' failure to compensate Class Plaintiffs fully for all hours worked violated the Fair Labor Standards Act

45. Defendants' failure to compensate Class Plaintiffs fully for all compensable hours constituted a willful and knowing violation of the Fair Labor Standards Act.

46. As a direct result of Defendants' failure to compensate Class Plaintiffs fully and timely, Class Plaintiffs suffered serious financial hardship from delay and detention by Defendants of their lawful wages and related damages.

47. Pursuant to 29 U.S.C. §§ 207 and 216, Defendant members of the Singh Real Estate Defendant Group and Satish Singh owe to Class Plaintiffs and Brandi Mellott damages in compensation for unpaid regular hourly wages, an additional equal amount as liquidated damages, pre-judgment interest and an additional sum for attorneys' fees and costs.

## COUNT IV
## WAGE PAYMENT AND COLLECTION ACT VIOLATION
### Md. Ann. Code, Labor and Employment Article, §3-507.2

### *Plaintiff Brandi Mellott*
### *Defendants Idlewood Park, Inc., Rockville Mobile Homes, Inc. and Satish Singh*

48. The foregoing paragraphs are incorporated by reference as though fully set forth herein.

49. Plaintiff Brandi Mellott stands aggrieved against Defendants S-Idlewood and S-Rockville for unpaid wages for unpaid minimum wages and unpaid overtime wages as noted above.

50. During all times relevant, Satish Singh was an owner and upon information and belief a majority owner of S-Idlewood and S-Rockville with the power to fire and hire Ms. Mellott and any supervisor or scheduler of Ms. Mellott.

51. The failure of S-Idlewood, S-Rockville and Satish Singh to pay to Ms. Mellott her lawful wages within 14 days of those wages coming due is without a good faith justification, mitigation or excuse.

52. Satish Singh bears individual liability as an owner for the damages to Ms. Mellott under the Maryland Wage Payment and Collection Act, Maryland Annotated Code, LE §3-507.2.

53. More than two weeks have passed since Ms. Mellott's last paycheck was due; some of the wages have remained unpaid for a period of years. Accordingly, this suit is now very much ripe under Maryland Annotated Code, LE §3-507.2.

54. Maryland Law provides for a treble damages remedy for unpaid wages under the aforementioned Maryland Wage Payment and Collection Act.

WHEREFORE Plaintiff Brandi Mellott respectfully requests that this Honorable Court enter a judgment for unpaid minimum and overtime wages, additional damages up to treble the amount of minimum and overtime damages, prejudgment interest at 6% per annum, costs and attorney's fees per the provisions of the Maryland Wage Payment and Collection Act.

## COUNT V - WAGE PAYMENT AND COLLECTION ACT
### Md. Ann. Code, Labor and Employment Article, §3-507.2

*Plaintiff Brandi Mellott and Class Plaintiffs*
*All Defendants*

55. The foregoing paragraphs are incorporated by reference as though fully set forth herein.

56. Class Plaintiffs worked as non-exempt employees for one or more Defendants, and did not receive their full compensation under applicable minimum wage and overtime requirements in a timely manner as required by law for the period lying within the three-year Maryland statute of limitations.

57. Defendants established a scheme or schemes by which each would arbitrarily pay Class Plaintiffs substantially less than their actual compensable hours worked.

58. Upon information and belief, all Defendants maintain the aforementioned wage schemes willfully.

WHEREFORE Plaintiff Brandi Mellott, for herself and for all workers similarly situated in the collective action class, respectfully requests that this Honorable Court enter a judgment for unpaid minimum and overtime wages, additional damages up to treble the amount of minimum and overtime damages, prejudgment interest at 6% per annum, costs and attorney's fees per the provisions of the Maryland Wage Payment and Collection Act.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff Brandi Mellott and the putative collection action class seek a monetary judgment, declarative relief and permanent injunctive relief as follows:

A. That the Honorable Court certify the instant suit as an opt-in class action of similarly situated persons under 29 U.S.C. § 216(b);

B. That this Honorable Court declare the rights and duties of all parties consistent with the relief sought by Plaintiffs;

C. That this Honorable Court issue a declaratory judgment that Defendants' acts, policies, practices and procedures complained of herein violated provisions of the Fair Labor Standards Act;

D.  That this Honorable Court issue a declaratory judgment that Defendants' acts, policies, practices and procedures complained of herein violated provisions of the Maryland Wage Payment and Collection Act;

E.  That Defendants be enjoined from further violations of the Fair Labor Standards Act;

F.  That Defendants be enjoined from further violations of the Maryland Wage Payment and Collection Act;

G.  That the named Plaintiff Brandi Mellott and class members recover compensatory damages and an equal amount of liquidated damages as provided under the law and in 29 U.S.C. § 216(b);

H.  That the named Plaintiff Brandi Mellott and class members recover treble damages as provided under the Maryland Wage Payment and Collection Act;

I.  That Plaintiff Brandi Mellott and class members recover an award of reasonable attorneys fees, costs, and expenses;

J.  That this Honorable Court order the Defendants to make whole the Plaintiff Brandi Mellott and the class members by providing appropriate back pay, appropriate equitable relief and other benefits wrongly denied in an amount to be shown at trial and other affirmative relief;

K.  That this Honorable Court enter an award for punitive damages to Ms. Brandi Mellott to the extent permitted by law due to the malice shown by Defendants in their wrongful and intentional retaliation for Ms. Mellott's lawful and protected conduct; and

L.  That this Honorable Court provide to Plaintiffs any such further additional relief as the

interests of justice and good order may require.


**JURY TRIAL DEMAND**


Plaintiff, for herself and all others similarly situated, respectfully demands a trial by jury

on all matters triable by a jury under applicable law and rule.




Respectfully submitted,

/s/ [filed electronically]

_____
T. Bruce Godfrey
USDC District of Maryland
        Bar #24596
Law Office of Bruce Godfrey
Box 444
Reisterstown, MD 21136
(410) 842-3112
fax 1-888-241-3135
godfrey@brucegodfrey.com

## WRITTEN AUTHORIZATION OF SUIT BY
## PLAINTIFF BRANDI MELLOTT

I certify under penalty of perjury that the contents of this Complaint are true to the best of my knowledge, information and belief. I do hereby AUTHORIZE T. Bruce Godfrey to file this lawsuit on my behalf under the United States Fair Labor Standards Act and related law.

March 21, 2013
DATE

Brandi Mellott, Plaintiff

General Information   **Amendments**   **Personal Property**   **Certificate of Status**

| | |
|---|---|
| **Principal Office (Current):** | 8935 RIVER ISLAND DR<br>SAVAGE, MD 20763 |
| **Resident Agent (Current):** | SATEESH K SINGH<br>8935 RIVER ISLAND DR<br>SAVAGE, MD 20763 |
| **Status:** | **INCORPORATED** |
| Good Standing: | Yes   What does it mean when a business is not in good standing or forfeited? |
| Business Code: | Ordinary Business - Stock |
| **Date of Formation or Registration:** | 07/30/1970 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | Stock |
| **Close/Not Close:** | Unknown |

| Link Definition | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

General Information   **Amendments**   **Personal Property**   **Certificate of Status**

| | |
|---|---|
| **Principal Office (Current):** | 8935 RIVER ISLAND DRIVE<br>SAVAGE, MD 20763 |
| **Resident Agent (Current):** | SATEESH K. SINGH<br>8939 RIVER ISLAND DRIVE<br>SAVAGE, MD 20763 |
| **Status:** | **REVIVED** |
| Good Standing: | Yes   **What does it mean when a business is not in good standing or forfeited?** |
| Business Code: | Ordinary Business - Stock |
| **Date of Formation or Registration:** | 10/04/1962 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | Stock |
| **Close/Not Close:** | Unknown |

**Link Definition**

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

General Information   **Amendments**   **Personal Property**   **Certificate of Status**

| | |
|---|---|
| **Principal Office (Current):** | 8935 RIVER ISLAND DRIVE<br>SAVAGE, MD 20763 |
| **Resident Agent (Current):** | JEROME I. FELDMAN<br>SUITE 104<br>900 BESTGATE ROAD<br>ANNAPOLIS, MD 21401 |
| **Status:** | **ACTIVE** |
| Good Standing: | Yes   What does it mean when a business is not in good standing or forfeited? |
| Business Code: | Other |
| **Date of Formation or Registration:** | 06/01/2001 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | N/A |
| **Close/Not Close:** | Unknown |

---

**Link Definition**

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

General Information    **Amendments**    **Personal Property**    **Certificate of Status**

| | |
|---|---|
| **Principal Office (Current):** | C/O SATEESH KUMAR SING<br>8935 RIVER ISLAND DR, PO BOX 312<br>SAVAGE, MD 20763 |
| **Resident Agent (Current):** | SATEESH KUMBAR SINGH<br>8935 RIVER ISLAND DRIVE<br>P.O. BOX 312<br>SAVAGE, MD 20763 |
| **Status:** | **ACTIVE** |
| Good Standing: | Yes    **What does it mean when a business is not in good standing or forfeited?** |
| Business Code: | Other |
| **Date of Formation or Registration:** | 09/26/1986 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | N/A |
| **Close/Not Close:** | Unknown |

Link Definition

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

General Information  **Amendments**  **Personal Property**  **Certificate of Status**

| | |
|---|---|
| **Principal Office (Current):** | 19515 FREDERICK RD. (MONT. CO.) GERMANTOWN,, MD 00000 |
| **Resident Agent (Current):** | SATEESH K. SINGH 8939 RIVER ISLAND DR., APT. 202 SAVAGE,, MD 20863 |
| **Status:** | **REVIVED** |
| Good Standing: | Yes    What does it mean when a business is not in good standing or forfeited? |
| Business Code: | Ordinary Business - Stock |
| **Date of Formation or Registration:** | 05/24/1971 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | Stock |
| **Close/Not Close:** | Unknown |

---

**Link Definition**

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

General Information   **Amendments**   **Personal Property**   **Certificate of Status**

| | |
|---|---|
| **Principal Office (Current):** | P.O. BOX 312<br>8935 RIVER ISLAND DRIVE APT 203<br>SAVAGE, MD 20763 |
| **Resident Agent (Current):** | SATEESH K. SINGH<br>P.O. BOX 312<br>8935 RIVER ISLAND DRIVE APT 203<br>SAVAGE, MD 20763 |
| **Status:** | **ACTIVE** |
| Good Standing: | Yes    What does it mean when a business is not in good standing or forfeited? |
| Business Code: | Other |
| **Date of Formation or Registration:** | 08/30/1984 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | N/A |
| **Close/Not Close:** | Unknown |

---

**Link Definition**

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

General Information   **Amendments**   **Personal Property**   **Certificate of Status**

| | |
|---|---|
| **Principal Office (Current):** | #204<br>8935 RIVER ISLAND DR.<br>SAVAGE, MD 20763 |
| **Resident Agent (Current):** | JEROME I. FELDMAN<br>SUITE 200<br>900 BESTGATE RD.<br>ANNAPOLIS, MD 21401 |
| **Status:** | **ACTIVE** |
| Good Standing: | Yes    What does it mean when a business is not in good standing or forfeited? |
| Business Code: | Other |
| **Date of Formation or Registration:** | 01/04/2006 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | N/A |
| **Close/Not Close:** | Unknown |

**Link Definition**

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

General Information   **Amendments**   **Personal Property**   **Certificate of Status**

| | |
|---|---|
| **Principal Office (Current):** | P.O.BOX 312<br>8935 RIVER ISLAND DRIVE, APT. 302<br>SAVAGE, MD 20763 |
| **Resident Agent (Current):** | SATEESH KUMAR SINGH<br>P.O.BOX 312<br>8935 RIVER ISLAND DRIVE, APT. 302<br>SAVAGE, MD 20763 |
| **Status:** | **ACTIVE** |
| Good Standing: | Yes    What does it mean when a business is not in good standing or forfeited? |
| Business Code: | Other |
| **Date of Formation or Registration:** | 07/01/1982 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | N/A |
| **Close/Not Close:** | Unknown |

Link Definition

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Brandi MELLOTT

**DEFENDANTS**
Sateesh SINGH, Rockville Mobile Homes, Inc. Idlewood Park,Inc.,
KCS Elkridge, LLC, Kamakoti Investors L.P., Middlebrook Mobile
Home Park, Inc., Shri LP, KCS Landon Court, LLC, et al.

**(b)** County of Residence of First Listed Plaintiff  Washington County MD
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Howard County MD
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
T. Bruce Godfrey, Box 444, Reisterstown, MD 21136, 4105616061

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
    Plaintiff

☒ 3  Federal Question
    *(U.S. Government Not a Party)*

☐ 2  U.S. Government
    Defendant

☐ 4  Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | Injury Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - Med. Malpractice | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
    Proceeding

☐ 2  Removed from
    State Court

☐ 3  Remanded from
    Appellate Court

☐ 4  Reinstated or
    Reopened

☐ 5  Transferred from
    another district
    *(specify)*

☐ 6  Multidistrict
    Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Fair Labor Standards Act, 29 U.S.C. § 201 et seq., collective action for similarly situated workers 29 U.S.C. 216(b)
Brief description of cause:
FLSA violations both overtime and minimum wage with collective action Maryland wage payment collection claim

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $
500.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE                          DOCKET NUMBER

DATE
20 March 2013

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▾

| | |
|---|---|
| Brandi Mellott, for herself and those similarly situated | ) |
| | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. 13-853 |
| Sateesh Singh, et al. | ) |
| | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sateesh Singh
8935 River Island Drive
Savage, MD 20763

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   T. Bruce Godfrey, Box 444, 301 Main Street, Unit 1-D, Reisterstown, MD 21136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▾

Brandi Mellott, for herself and those similarly situated

|  |  |
|---|---|
| _____ | ) ) ) |
| *Plaintiff* | ) |
| v. | ) |
| Sateesh Singh, et al. | ) |
| _____ | ) ) |
| *Defendant* | ) |

Civil Action No. 13-853

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rockville Mobile Homes, Inc.
8935 River Island Drive
Savage, MD 20763

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: T. Bruce Godfrey, Box 444, 301 Main Street, Unit 1-D, Reisterstown, MD 21136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*

Civil Action No. _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▼

Brandi Mellott, for herself and those similarly situated

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 13-853 |
| Sateesh Singh, et al. | ) ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Idlewood Park, Inc.
8935 River Island Drive
Savage, MD 20763

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: T. Bruce Godfrey, Box 444, 301 Main Street, Unit 1-D, Reisterstown, MD 21136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                      *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▾

Brandi Mellott, for herself and those similarly situated

| | )
|---|---|
| *Plaintiff* | ) )
| v. | ) |
| Sateesh Singh, et al. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No. 13-853

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KCS Elkridge, LLC
8935 River Island Drive
Savage, MD 20763

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   T. Bruce Godfrey, Box 444, 301 Main Street Unit 1-D, Reisterstown, MD 21136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

Civil Action No. 13-853

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*

 

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Maryland  ▾

Brandi Mellott, for herself and those similarly situated

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
|  | ) |
| v. | ) |
| Sateesh Singh, et al. | ) |
|  | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No. 13-853

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kamakoti Investors Limited Partnership
8935 River Island Drive
Savage, MD 20763

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: T. Bruce Godfrey, Box 444, 301 Main Street Unit 1-D, Reisterstown, MD 21136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 13-853

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

### for the

### District of Maryland ▾

Brandi Mellott, for herself and those similarly situated

|  | ) |
| --- | --- |
| *Plaintiff* | ) |
|  | ) |
| v. | ) |
| Sateesh Singh, et al. | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No. 13-853

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Middlebrook Mobile Home Park, Inc.
8935 River Island Drive
Savage, MD 20763

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: T. Bruce Godfrey, Box 444, 301 Main Street Unit 1-D, Reisterstown, MD 21136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____

*Signature of Clerk or Deputy Clerk*

Civil Action No. 13-853

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▼

| | |
|---|---|
| Brandi Mellott, for herself and those similarly situated | ) |
| ———————————————— | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 13-853 |
| Sateesh Singh, et al. | ) |
| ———————————————— | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shri Limited Partnership
8935 River Island Drive
Savage, MD 20763

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: T. Bruce Godfrey, Box 444, 301 Main Street Unit 1-D, Reisterstown, MD 21136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ———————————————        ————————————————————————
                                                        *Signature of Clerk or Deputy Clerk*

Civil Action No. 13-853

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                       *Server's signature*

                               _____
                                       *Printed name and title*


                               _____
                                       *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▼

| | |
|---|---|
| Brandi Mellott, for herself and those similarly situated | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 13-853 |
| Sateesh Singh, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KCS Landon Court, LLC
8935 River Island Drive
Savage, MD 20763

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: T. Bruce Godfrey, Box 444, 301 Main Street Unit 1-D, Reisterstown, MD 21136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

Civil Action No. 13-853

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     ❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     ❑ I returned the summons unexecuted because _____ ; or

     ❑ Other *(specify):*

                                                                    .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                                    _____

                                              *Server's signature*

                                    _____

                                              *Printed name and title*

                                    _____

                                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Maryland ☑

Brandi Mellott, for herself and those similarly situated

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 13-853 |
| Sateesh Singh, et al. | ) ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Concord Mobile Home Park Limited Partnership
8935 River Island Drive
Savage, MD 20763

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: T. Bruce Godfrey, Box 444, 301 Main Street Unit 1-D, Reisterstown, MD 21136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

Civil Action No. 13-853

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*

                                                   .

  My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00    .

  I declare under penalty of perjury that this information is true.

Date: _____

                                 _____

                                           *Server's signature*

                                 _____

                                           *Printed name and title*

                                 _____

                                           *Server's address*

Additional information regarding attempted service, etc: