IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Brandi Mellot                                    *
           Plaintiff
                                                   *

vs.                                              Civil No. WDQ 13-cv-00853
                                                   *

Sateesh K. Singh
Rockville Mobile Homes, Inc.                     *
Idlewood Park, Inc.
KCS Elkridge, LLC                                *
Kamakoti Investors Limited Partnership
Middlebrook Mobile Home Park, Inc.               *
Shri Limited Partnership
KCS Landon Court, LLC                            *
Concord Mobile Home Park Limited Partnership
           Defendants                          *

******

## ORDER

Plaintiff having failed to serve the summons and complaint upon the defendants within 120 days after the filing of the complaint, it is, this _23d_ day of July, 2013,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
William D. Quarles, Jr.
United States District Judge