| | | |
|---|---|---|
| Brandi MELLOTT<br>    Plaintiff | * | UNITED STATES DISTRICT COURT |
| | * | FOR THE DISTRICT OF MARYLAND |
| v. | * | |
| Sateesh SINGH et al.<br>    Defendants | * | Case Number: 1:13-cv-00853-WDQ |

# RESPONSE TO SHOW CAUSE ORDER

Plaintiff, by and through counsel undersigned, responds to the July 23, 2013 Order of this Honorable Court as follows:

1. Plaintiff and all Defendants have executed and perfected a written settlement of all of Plaintiff's claims, and the case in its entirety is now settled.

2. Plaintiff has filed on the same date as this Response a Stipulation of Dismissal of all claims.

3. Plaintiff's claims should be dismissed with prejudice the terms of the aforementioned written settlement and Stipulation.

WHEREFORE Plaintiff requests that this Honorable Court dismiss with prejudice Plaintiff's claims pursuant to Plaintiff's Stipulation of Dismissal, and dismiss as moot the Show Cause Order of July 23, 2013.

Respectfully submitted,

/s/ [filed electronically]
_____
T. Bruce Godfrey
USDC District of Maryland
   Bar #24596
Law Office of Bruce Godfrey
Box 444
Reisterstown, MD 21136
(410) 842-3112
fax 1-888-241-3135
godfrey@brucegodfrey.com

**CERTIFICATE OF ELECTRONIC FILING**

    I hereby certify that I have filed a copy of this document with the United States District Court electronically consistently with Local Rule 102.1(c), and have sent by first class mail postage prepaid a copy of this document to Jerome Feldman, Esquire, 900 Bestgate Road, Annapolis, MD 21401, this day July 24, 2013.

/s/ (filed electronically)
_____
T. Bruce Godfrey #24596